# EXHIBIT A

# GLOBAL BROTHER

# **FORGOTTEN HOME APOTHECARY**



# Copyright

**Registration Number / Date:**
PAU004249674 / 2024-09-12

**Type of Work:**
Motion Pictures

**Title:**
FORGOTTEN HOME APOTHECARY.videos.

**Application Title:**
FORGOTTEN HOME APOTHECARY.videos.

**Date of Creation:**
2024

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: entire motion picture.

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
GLOBAL BROTHER SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_37980444

---

**Registration Number / Date:**
TXU002445163 / 2024-09-05

**Type of Work:**

Text

**Title:**
Forgotten HOME APOTHECARY.

**Application Title:**
Forgotten HOME APOTHECARY.

**Date of Creation:**
2024

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
GLOBAL BROTHER SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_37310450

---

**Registration Number / Date:**
TXU002446167 / 2024-09-12

**Type of Work:**
Text

**Title:**
FORGOTTEN HOME APOTHECARY.website.

**Application Title:**
FORGOTTEN HOME APOTHECARY.website.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37333286

---

**Registration Number / Date:**

VAU001538856 / 2024-09-05

**Type of Work:**

Visual Material

**Title:**

FORGOTTEN HOME APOTHECARY.design cover.

**Application Title:**

FORGOTTEN HOME APOTHECARY.design cover.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: photograph, 2-D artwork.

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37736668

---

**Registration Number / Date:**

TXU002433712 / 2024-06-03

**Type of Work:**

Text

**Title:**

THE FORGOTTEN HOME APOTHECARY.script.

**Application Title:**

THE FORGOTTEN HOME APOTHECARY.script.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, employer for hire; Citizenship: Romania. Authorship: text.

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_36916163

---

**Registration Number / Date:**

VAU001533601 / 2024-09-05

**Type of Work:**

Visual Material

**Title:**

Forgotten HOME APOTHECARY.cover design.

**Application Title:**

Forgotten HOME APOTHECARY.cover design.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: photograph, 2-D artwork.

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37306069

---

**Registration Number / Date:**

PA0002534350 / 2025-03-20

**Type of Work:**

Motion Pictures

**Title:**

FORGOTTEN HOME APOTHECARY.commercial video.

**Application Title:**

FORGOTTEN HOME APOTHECARY.commercial video.

**Date of Creation:**

2024

**Date of Publication:**

2024-06-03

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, employer for hire; Citizenship: Romania. Authorship: entire motion picture.

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40.768.434.324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Nation of First Publication:**

United States

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_38666324

---

**Registration Number / Date:**

TXU002446715 / 2024-08-30

**Type of Work:**

Text

**Title:**

Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.

**Application Title:**

Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37349784

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).