# EXHIBIT B

# COUNTER NOTICE



**Date:** September 17, 2025

**DMCA Counter Notice | officialreadora.com**

**1. Shopify Merchant Contact Information**

First Name:

Aarjan

Last Name:

Khadka

Phone:

0434091369

Email:

auravora3@gmail.com

Address:

5/27 Lorna Lim Terrace

5

City:

Driver

ZIP/Postal Code::

0830

Country:

Australia

State/Province:

Northern Territory

**2. Material(s) Subject to the Counter Notice**

Report ID:
5e89e597-d5a8-4493-84a4-7758455b7a8b

- https://officialreadora.com/products/250-powerful-at-home-natural-remedies

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Aarjan Khadka

# Jason L DeFrancesco

**From:** Shopify <legal@shopify.com>
**Sent:** Wednesday, September 17, 2025 4:30 AM
**To:** mmilosova@react.org
**Subject:** DMCA copyright notice I officialreadora.com

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-09-12 09:41:14 UTC about officialreadora.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 5e89e597-d5a8-4493-84a4-7758455b7a8b



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



*Intentionally Blank*



**Date:** September 17, 2025

**DMCA Counter Notice | p4mu8z-9h.myshopify.com**

**1. Shopify Merchant Contact Information**

First Name:

Sarmila

Last Name:

Malla

Phone:

0434091569

Email:

sarmilamallaaa@gmail.com

Address:

24 Lagonda Dr

24

City:

Sydney

ZIP/Postal Code::

2565

Country:

Australia

State/Province:

New South Wales

**2. Material(s) Subject to the Counter Notice**

Report ID:
a0339dac-f98f-430e-87a0-b559ca1c1c82

- https://officialreadora.com/products/250-powerful-at-home-natural-remedies?fbclid=PARlRTSAMnuWlleHRuA2FlbQIxMAABp7A5eTKmQcjMTevMtcVZBoz5miKs7YZCTusGTInbIJCb4AbIKA-EobhDlQoC_aem_5QzWru-kv2Ys7Q9fd477Xg

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Sarmila Malla

# Jason L DeFrancesco

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Tuesday, September 16, 2025 1:02 PM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA copyright notice I p4mu8z-9h.myshopify.com |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-09-05 12:52:18 UTC about p4mu8z-9h.myshopify.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: a0339dac-f98f-430e-87a0-b559ca1c1c82



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



1