# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>   Plaintiff,<br><br>  v.<br><br>SARMILA MALLA AND AARJAN KHADKA D/B/A "READORA," "OFFICIALREADORA.COM,"<br><br>   Defendants. | C.A. No. 25-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Global Brother SRL certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: October 3, 2025

               **SMITH, KATZENSTEIN & JENKINS LLP**

               <u>/s/ Daniel A. Taylor</u>
               Neal C. Belgam (No. 2721)
               Daniel A. Taylor (No. 6934)
               1000 West Street, Suite 1501
               Wilmington, DE 19801
               (302) 652-8400
               nbelgam@skjlaw.com
               dtaylor@skjlaw.com

               *Counsel for Plaintiff Global Brother SRL*