AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE |

| PLAINTIFF | DEFENDANT |
|---|---|
| GLOBAL BROTHER SRL | SARMILA MALLA and AARJAN KHADKA<br>d/b/a "READORA," "OFFICIALREADORA.COM," |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PAU004249674 | FORGOTTEN HOME APOTHECARY.videos | Global Brother SRL |
| 2 TXU002445163 | Forgotten HOME APOTHECARY | Global Brother SRL |
| 3 TXU002446167 | FORGOTTEN HOME APOTHECARY.website | Global Brother SRL |
| 4 VAU001538856 | FORGOTTEN HOME APOTHECARY.design cover | Global Brother SRL |
| 5 TXU002433712 | THE FORGOTTEN HOME APOTHECARY.script | Global Brother SRL |

**ADDITIONAL COPYRIGHT REGISTRATION NOS. BELOW**

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>1/21/2026 |
|---|---|---|
| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>/s/ Mark D. Buckson, Jr. | DATE<br>1/21/2026 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**(CONTINUED)**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 6 | VAU001533601 | Forgotten HOME APOTHECARY.cover design | GLOBAL BROTHER SRL |
| 7 | PA0002534350 | FORGOTTEN HOME APOTHECARY.commercial video | GLOBAL BROTHER SRL |
| 8 | TXU002446715 | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips | GLOBAL BROTHER SRL |